Charles ESPOSITO, Appellant, v. The UNIT-
ED STATES of America, Appellee.

No. 272.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1937.

John A. Danaher, of Hartford, Conn.,
and Louis Sperandeo, of New Haven,
Conn., for appellant.

Robert P. Butler, U. S. Atty., of Hart-
ford, Conn., and Arthur T. Gorman, Asst.
U. S. Atty., of New Haven, Conn.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

FEDERAL TRADE COMMISSION, Petition-
er, v. James KELLEY, Respondent.

No. 104.

Circuit Court of Appeals, Second Circuit.

Feb. 3, 1937.

M. A. Morrison, of Washington, D. C.,
for petitioner.

James Kelley, pro se.

Before MANTON, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed in open court.

FIRST NATIONAL BANK IN CALLICOON,
Petitioner, v. COMMISSIONER OF IN-
TERNAL REVENUE, Respondent.

No. 150.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Charles De La Vergne, of Kingston, N.
Y., for petitioner.

Robert H. Jackson, Asst. Atty. Gen.,
and Sewall Key and Berryman Green, Sp.
Assts. to the Atty. Gen., for respondent.

Before SWAN, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

E. S. FITTS, Appellant, v. UNITED STATES
of America, Appellee.

No. 4095.

Circuit Court of Appeals, Fourth Circuit.

Aug. 31, 1936.

W. L. Devany, Jr., of Norfolk, Va., and
A. L. Jones, of Hopewell, Va., for appel-
lant.

Sterling Hutcheson, U. S. Atty., of
Richmond, Va.

PER CURIAM.
Case dismissed under rule 20 in ac-
cordance with agreement of attorneys.

Theodore I. FRY et al. v. Albert PICK
CO., Inc.

No. 7504.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1937.

David H. Crowley, Edmund E. Shep-
herd, and Arthur T. Iverson, all of Lansing,
Mich., for appellants.

Clark, Klein, Ferris & Cook, of De-
troit, Mich., and Levinson, Becker, Peebles
& Swiren, of Chicago, Ill., for appellee.

Before HICKS, SIMONS, and AL-
LEN, Circuit Judges.

PER CURIAM.
Pursuant to stipulation of counsel, it is
ordered that the appeal in this cause be and
the same is dismissed without cost to either
party.